ORDER OF MULTIDISTRICT LITIGATION PANEL

 Order Issued June 4, 2008

 REAPPOINTMENT OF PRETRIAL JUDGE IN THE FOLLOWING MULTIDISTRICT LITIGATION
 CASE:

07-0037 IN RE OCWEN LOAN SERVICING, LLC MORTGAGE SERVICING
 LITIGATION

 On March 1, 2007, the Multidistrict Litigation Panel assigned Judge Karen
 Johnson of the 95th District Court of Dallas County as pretrial judge in
 the above captioned matter. Pursuant to her request, Judge Karen Johnson
 is relieved of this assignment. Judge David J. Bernal, Judge of the 281st
 Judicial District Court of Harris County, is assigned as pretrial judge.